[No. 25545-2-I.   Division One.   April 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RICHARD NATHANIEL EVANS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-03740-4, Robert E. Dixon, J., entered January 24, 1990. *Affirmed* by unpublished opinion per Webster, A.C.J., concurred in by Coleman and Baker, JJ.

[No. 24949-5-I.   Division One.   April 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY LYNN JACOBSEN, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-00303-8, Charles V. Johnson, J., entered October 18, 1989. *Remanded* by unpublished opinion per Scholfield, J., concurred in by Pekelis and Baker, JJ.

[No. 28370-7-I.   Division One.   April 20, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. CRAIG M. BOWERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 91-1-00859-7, Steven G. Scott, J., entered May 2, 1991. *Affirmed in part* and *reversed in part* by unpublished opinion per Scholfield, J., concurred in by Grosse, C.J., and Agid, J.